**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**HELENA DIVISION**

**DEXTER LEE NASH**                                                                                  **PLAINTIFF**

v.                                        2:09CV00008BSM/HLJ

**MRS. COBBS, et al.**                                                                               **DEFENDANTS**

## ORDER

The court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a *de novo* review of the record, the court adopts them in their entirety.

Accordingly, IT IS, THEREFORE, ORDERED that plaintiff's complaint against defendants is DISMISSED without prejudice. An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 9th day of March, 2009.

_____
UNITED STATES DISTRICT JUDGE